UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID C. VALERIO, and
SYLVIA V. VALERIO,

        Plaintiffs,

  v.

COUNTRYWIDE HOME LOANS
INC., et al.,

        Defendants.

NO. 2:10-cv-2757 FCD KJN

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1. The hearing on Defendants Countrywide Home Loans, Inc., and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss and to Strike Plaintiff's Complaint (Docket No. 5) is continued to January 28, 2011, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than January 14, 2011.  The defendants may file and serve a reply on or before January 21, 2011.

2. Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

3. Plaintiffs' counsel shall file his response to the order to show cause on or before January 14, 2011.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: November 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE