UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID C. VALERIO, and
SYLVIA V. VALERIO,

        Plaintiffs,

  v.

COUNTRYWIDE HOME LOANS, INC.,
et. al.,

        Defendants.

NO. CIV. S-10-2757 FCD KJN

<u>ORDER FOR SANCTIONS AND
FURTHER ORDER TO SHOW CAUSE</u>

----oo0oo----

On November 22, 2010, plaintiffs' counsel, Mr. Sean Gjerde, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c). The court ordered counsel to file his response to the Order to Show Cause on or before January 14, 2011. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

/ / /

1. Plaintiffs' counsel, Mr. Sean Gjerde, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on November 22, 2010. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2. Plaintiffs' counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiffs' case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before February 11, 2011.

3. The hearing on defendants' Motion to Dismiss (Docket #5) currently set for January 28, 2011 is VACATED and RESET for February 25, 2011 at 10:00 a.m. in Courtroom #2.

IT IS SO ORDERED.

DATED: January 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE