UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. VALERIO, and SYLVIA V. VALERIO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE HOME LOANS AS PART OF BANK AMERICA, N.A., MERS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and CHICAGO TITLE COMPANY,<br><br>　　　　　Defendants.<br>_____/ | No. CIV. S-10-2757 FCD KJN<br><br><br><br>**ORDER IMPOSING SANCTIONS AND DISMISSING CASE** |

　　　　On January 18, 2011, plaintiffs' counsel, Sean Patrick Gjerde, was ordered to show cause why he should not be sanctioned in the amount of $300.00 for his continual failure to file an opposition or notice of non-opposition to defendants' motion to dismiss in compliance with Local Rule 230(c). Counsel's response to the Order to Show Cause and pending motion was due on or before February 11, 2011. Mr. Gjerde has failed to file any response. The court's January 18, 2011 order also warned counsel and plaintiffs that the case would be summarily dismissed if a response was not timely received.

　　　　The court therefore makes the following orders:

1.　　Mr. Gjerde shall pay sanctions in the amount of **$300.00**. The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2.     This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3.     Counsel is further reminded that payment of **$150.00** is additionally due pursuant to the court's January 18, 2011 Order.  Said payment is now overdue.  If counsel does not pay said amount within **fourteen (14) days** of the date of this Order, the court may impose further monetary sanctions by separate order.

4.     **Not later than twenty-one (21) days from the filing of this Order, plaintiffs' counsel shall file a declaration attesting to his compliance with the terms of this Order.**

5.     Plaintiffs' case is dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and for repeated failures to respond to the court's orders, Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).  With respect to dismissal for failure to follow court orders, the court has reviewed the five factors set forth in Ferdik and finds that each warrants dismissal of plaintiffs' case.

6.     The hearing set for February 25, 2011 is VACATED.

IT IS SO ORDERED.

DATED: February 17, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE